UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CASSANDRA AND ERIC LENTZ, husband and wife and the marital community of them composed,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a foreign corporation licensed to conduct business in the State of Washington; BLACK AND WHITE I-V, business licensed to conduct business in the State of Washington; DOES I-V, employees and/or agents of Defendants TARGET CORPORATION,<br><br>Defendants. | CASE NO. 22-cv-01439<br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND SETTING NEW PRE-TRIAL DEADLINES |

This matter comes before the Court on the parties Stipulated Motion to Continue Pre-Trial Deadlines and Trial Date. Dkt. No. 12. Having considered the motion, and to allow the parties to complete discovery and engage in settlement discussions, the Court GRANTS the stipulation to continue this matter's trial from December 11, 2023, to March 18, 2024, and adjusts the proposed and other pre-trial dates as follows:

| | |
|---|---|
| Deadline for filing amended pleadings | August 21, 2023 |
| Disclosure of expert testimony under Fed. R. Civ. P. 26(a)(2) | August 21, 2023 |

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND SETTING NEW PRE-TRIAL DEADLINES - 1

| | |
|---|---|
| Disclosure of rebuttal expert testimony under Fed. R. Civ. P. 26(a)(2) | within 30 days after the other party's expert disclosure |
| All motions related to discovery must be filed by (*see* LCR 7(d)) | September 20, 2023 |
| Discovery completed by | October 20, 2023 |
| All dispositive motions and motions challenging expert witness testimony must be filed by (*see* LCR 7(d)) | November 20, 2023 |
| Settlement conference under LCR 39.1, if requested by the parties, held no later than | January 18, 2024 |
| All motions in limine must be filed by (*see* LCR 7(d)) | February 7, 2024 |
| Deposition Designations must be submitted to the Court by (*see* LCR 32(e)) | February 26, 2024 |
| Agreed pretrial order due | February 26, 2024 |
| Trial briefs, proposed voir dire questions, and proposed jury instructions must be filed by | March 4, 2024 |
| Pretrial conference | March 11, 2024 |

It is so ORDERD.

Dated this 22nd day of May, 2023.

Jamal N. Whitehead
United States District Judge

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL AND SETTING NEW PRE-TRIAL DEADLINES - 2