UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CASSANDRA AND ERIC LENTZ, husband and wife and the marital community of them composed,<br><br>Plaintiffs,<br><br>v.<br><br>TARGET CORPORATION, a foreign corporation licensed to conduct business in the State of Washington; BLACK AND WHITE I-V, business licensed to conduct business in the State of Washington; DOES I-V, employees and/or agents of Defendants TARGET CORPORATION,<br><br>Defendants. | CASE NO. 22-cv-01439<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Jamal N. Whitehead, United States District Judge: Under Fed. R. Civ. P. 26(a)(2)(B), parties must disclose "to the other parties" witnesses who may present FRE 702, 703, or 705 evidence at trial. Expert reports and other Rule 26 disclosures, however, should not be filed with the Court. *See* LCR 5(d). Plaintiff's Disclosure of Expert Witnesses, Dkt. No. 13, is STRICKEN.

Dated this 23rd day of May 2023.

MINUTE ORDER - 1

Ravi Subramanian

Clerk

/s/

Deputy Clerk

MINUTE ORDER - 2