UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CASSANDRA AND ERIC LENTZ, | CASE NO. 22-cv-01439 |
| Plaintiff, | ORDER |
| v. | |
| TARGET CORPORATION; BLACK AND WHITE I-V; DOES I-V, | |
| Defendant. | |

On February 26, 2024, Plaintiffs Cassandra and Eric Lentz, and Defendant Target Corporation, informed the Court that they had reached a settlement. *See* Dkt. Accordingly, the Court strikes the Lentzes' and Target's Motions in Limine, Dkt. Nos. 36-37. The Lentzes and Target must file a stipulated dismissal pursuant to Fed. R. Civ. P. 41 or provide the Court with a joint status report regarding their progress in perfecting settlement within 30 days of entry of this order. In either event, the Lentzes must indicate the status of the remaining defendants in this matter, including Black and White I-V, and indicate whether they intend to dismiss all claims against all defendants in this matter.

It is so ORDERED.

**ORDER** - 1

Dated this 6th day of March, 2024.

                                  _____
                                  Jamal N. Whitehead
                                  United States District Judge

**ORDER** - 2