UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CASSANDRA AND ERIC LENTZ, | CASE NO. 22-cv-01439 |
| Plaintiff, | ORDER TO APPEAR AND SHOW CAUSE |
| v. | |
| TARGET CORPORATION; BLACK AND WHITE I-V; DOES I-V, | |
| Defendants. | |

The parties are ORDERED to appear in-court on April 24, 2024, at 1:30 P.M. to (1) SHOW CAUSE why the Court should not impose sanctions on each party for their violation of its March 6, 2024, Order, Dkt. No. 40, and (2) for consideration of the Lentzes' Motion to Enforce Settlement, Dkt. No. 41.

It is so ORDERED.

Dated this 23rd day of April, 2024.

Jamal N. Whitehead
United States District Judge

**ORDER** TO APPEAR AND SHOW CAUSE - 1