## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| CASSANDRA AND ERIC LENTZ, | CASE NO. 22-cv-01439 |
| Plaintiff, | ORDER |
| v. | |
| TARGET CORPORATION; BLACK AND WHITE I-V; DOES I-V, | |
| Defendants. | |

On April 30, 2024, the Court granted Plaintiffs Cassandra and Eric Lentz's motion to enforce settlement with Defendant Target Corporation. Dkt. No. 49. In a joint status report filed on April 10, 2024, the Lentzes represented that they would "drop all claims against any and all remaining Defendants including Black and White I-V." Dkt. No. 45. The parties have not filed a stipulated dismissal of this case.

In light of the Court's Order granting the Lentzes' motion to enforce settlement, the parties are ORDERED to file a stipulated dismissal relating to all parties in this matter, or alternatively, a joint status report regarding the status of compliance with the Court's Order enforcing the parties' settlement.

**ORDER** - 1

It is so ORDERED.

Dated this 10th day of June, 2024.

                                             Jamal N. Whitehead
                                             United States District Judge

**ORDER** - 2