1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CASSANDRA AND ERIC LENTZ, | CASE NO. 22-cv-01439 |
| Plaintiff, | ORDER |
| v. | |
| TARGET CORPORATION; BLACK AND WHITE I-V; DOES I-V, | |
| Defendants. | |

On February 26, 2024, Plaintiffs Cassandra and Eric Lentz informed the Court they had reached a settlement agreement with Defendant Target Corporation. *See* Dkt. But an ensuing dispute over whether Target could direct part of the agreed-upon settlement funds to an ERISA lienholder has delayed execution of the settlement agreement, necessitating repeated Court intervention. *See* Dkt. Nos. 40, 47, 49, 50.

On March 28, 2024, Plaintiffs filed their first motion to enforce the settlement agreement. Dkt. No. 41. After hearing oral argument, the Court granted Plaintiffs' motion. Dkt. No. 49. But the dispute did not end there. On July 3, 2024, Plaintiffs filed a Second Motion to Enforce Settlement and for Sanctions, asserting

**ORDER** - 1

that Target was ignoring the Court Order and continuing its effort to direct settlement funds to a lienholder. Dkt. No. 52. In response, Target asserted that Plaintiffs had in fact received and deposited the entire amount of the settlement. Dkt. No. 57. Later, Plaintiffs withdrew their Second Motion to Enforce Settlement. Dkt. No. 60. This should bring this matter to a close.

In light of Defendants' assertion that Plaintiffs have received the full settlement amount and Plaintiffs' subsequent withdrawal of their second motion to enforce settlement, the parties are now ORDERED to file a stipulated dismissal under Rule 41 or a joint status report within seven (7) days regarding the status of compliance with the Court's Order enforcing the parties' settlement.

The Clerk of the Court is directed to place this Order to Show Cause on the Court's calendar for September 10, 2024.

It is so ORDERED.

Dated this 3rd day of September, 2024.

Jamal N. Whitehead
United States District Judge

**ORDER** - 2